# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1101.  ATIF IBN KARIEM v. THE STATE.**

Atif Ibn Kariem filed in the trial court an application for discretionary review of his probation revocation and a related ruling.  The trial court clerk sent the filing to this Court as a direct appeal.  We lack jurisdiction.

The record indicates that Kariem was represented by counsel appointed by the trial court when he filed his application or appeal.  The record contains no indication that Kariem's counsel has been relieved of her representation in these proceedings. Kariem therefore may not attempt to represent himself, and his pro se application or appeal is a nullity.  See *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014) ("A criminal defendant in Georgia does not have the right to represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore 'unauthorized and without effect.'"); *Jacobsen v. Haldi*, 210 Ga. App. 817, 818-819 (1) (437 SE2d 819) (1993).  Consequently, Kariem's application or appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/18/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.